| AO 10<br>Rev. 1/2015 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2014** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Mary, McLaughlin A. | U.S. District Court - EDPA | 08/14/2015 |

| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Article III Judge, Senior | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final | 01/01/2014<br>to<br>12/31/2014 |
| | **5b.** ☑ Amended Report | |

**7. Chambers or Office Address**

United States Courthouse
601 Market Street
Philadelphia, PA 19106

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mary, McLaughlin A. | 08/14/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mary, McLaughlin A. | 08/14/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Cash - Schwab | A | Int./Div. | M | T | | | | | |
| 2. Cash - Schwab (IRA) | A | Int./Div. | J | T | | | | | |
| 3. Vanguard Short Term Investment Grade (IRA) | C | Int./Div. | N | T | Buy | 09/30/14 | N | | |
| 4. Vanguard 500 Index (IRA) | D | Dividend | O | T | | | | | |
| 5. T.Rowe Price Mid Cap (IRA) | D | Dividend | L | T | | | | | |
| 6. Acadian Emerging Markets (IRA) | A | Dividend | K | T | | | | | |
| 7. Pimco Low Duration (IRA) | C | Int./Div. | | | Sold | 09/29/14 | N | A | |
| 8. Thornburg International Value (IRA) | A | Int./Div. | | | Sold | 05/27/14 | M | D | |
| 9. Harbor International (IRA) | B | Dividend | M | T | Buy | 05/28/14 | M | | |
| 10. TIAA Guaranteed (IRA) | A | Interest | J | T | | | | | |
| 11. TIAA Real Estate (IRA) | D | Int./Div. | M | T | | | | | |
| 12. TIAA Cash (IRA) | A | Int./Div. | J | T | | | | | |
| 13. Celgene Co. Stock (Etrade) | A | Int./Div. | N | T | Buy | 03/03/14 | N | | |
| 14. Celgene Co. Vested Options | A | Int./Div. | P1 | T | Buy | 12/03/14 | P1 | | |
| 15. Celgene Co. Stock (401k) | A | Int./Div. | K | T | | | | | |
| 16. T. Rowe Price Retirement 2020 (401k) | B | Dividend | L | T | Buy (add'l) | 03/31/14 | K | | |
| 17. T. Rowe Price Personal Strategy Balanced Fund (401k) | B | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mary, McLaughlin A. | 08/14/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Cash - Schwab Spouse Account | A | Int./Div. | J | T | | | | | |
| 19. Schwab S&P 500 Index | A | Dividend | M | T | | | | | |
| 20. Vanguard Total Stock Market Index | D | Dividend | N | T | | | | | |
| 21. Cash - Schwab Spouse IRA | A | Int./Div. | N | T | | | | | |
| 22. Goldman Sachs Corporate Bonds Zero Coupon | A | Interest | K | T | Sold (part) | 06/09/14 | K | C | |
| 23. Morgan Stanley Corporate Bond Zero Coupon (X) | A | Int./Div. | K | T | | | | | |
| 24. Wells Fargo Bank Corporate Bond Zero Coupon (X) | A | Int./Div. | | | Sold | 06/26/14 | L | D | |
| 25. AQR Multi Strategy Fund | A | Int./Div. | | | Sold | 03/25/14 | L | A | |
| 26. Artisan International | A | Dividend | L | T | | | | | |
| 27. DFA INTL Small Co | D | Dividend | M | T | | | | | |
| 28. DFA US Large Co | C | Dividend | M | T | | | | | |
| 29. DFA US Small Cap Value | D | Dividend | M | T | | | | | |
| 30. Dodge & Cox INTL Stock | B | Dividend | L | T | | | | | |
| 31. Gotham Absolute Return | B | Dividend | L | T | Buy | 03/25/14 | L | | |
| 32. Harbor International | B | Dividend | L | T | | | | | |
| 33. Longleaf Partners Fund | D | Dividend | M | T | Buy (add'l) | 11/12/14 | K | | |
| 34. Mainstay Marketfield | A | Dividend | M | T | Sold (part) | 03/25/14 | L | D | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mary, McLaughlin A. | 08/14/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Mainstay Marketfiled | A | Dividend | M | T | Buy (add'l) | 06/10/14 | J | | |
| 36. Primecap Odyssey Growth | D | Dividend | M | T | Sold (part) | 03/25/14 | K | D | |
| 37. Schwab S&P 500 | D | Dividend | N | T | Sold (part) | 03/25/14 | K | D | |
| 38. Schwab Small Cap Index | D | Dividend | L | T | Buy (add'l) | 06/27/14 | K | | |
| 39. Turner Mid Cap Growth | A | Int./Div. | | | Sold | 02/19/14 | M | E | |
| 40. Vanguard Growth Index | C | Dividend | M | T | Buy | 02/20/14 | M | | |
| 41. William Blair INTL Growth | A | Dividend | L | T | | | | | |
| 42. JP Morgan ETF | C | Dividend | L | T | | | | | |
| 43. Vanguard FTSE | B | Dividend | L | T | | | | | |
| 44. Vanguard Small Cap Growth | B | Dividend | M | T | | | | | |
| 45. ▓ Capital One Financial Corp Bonds | A | Interest | | | Matured | 05/23/14 | K | A | |
| 46. ▓ Cisco Sys Inc Bonds | A | Interest | K | T | Buy | 03/03/14 | K | | |
| 47. ▓ Citigroup Bonds | B | Interest | L | T | | | | | |
| 48. ▓ Citigroup Bonds | A | Interest | K | T | | | | | |
| 49. ▓ Goldman Sachs Group Bonds | B | Interest | L | T | | | | | |
| 50. ▓ Hewlett Packard Bonds | B | Interest | | | Matured | 03/03/14 | K | A | |
| 51. ▓ JP Morgan Bonds | A | Interest | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mary, McLaughlin A. | 08/14/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Morgan Stanley Bonds | C | Interest | L | T | | | | | |
| 53. Verizon Communication Bonds | A | Interest | K | T | Sold (part) | 10/28/14 | K | A | |
| 54. CA ST GO Bonds | C | Interest | L | T | | | | | |
| 55. Chicago Ill GO Bonds | A | Interest | | | Sold | 07/08/14 | M | A | |
| 56. Citizens PPTY INS Corp Bonds | D | Interest | M | T | | | | | |
| 57. Clark CNTY Nev Bonds | C | Interest | L | T | | | | | |
| 58. Clark CNTY Nev Bonds | D | Interest | M | T | | | | | |
| 59. Energy NW Wash Electric Bonds | D | Interest | N | T | | | | | |
| 60. FL Hurricane Cat Bonds | B | Interest | M | T | Sold (part) | 06/04/14 | M | A | |
| 61. IL St GO Bonds | A | Interest | | | Sold | 02/14/14 | M | A | |
| 62. IL St GO Bonds | A | Interest | L | T | Buy | 07/11/14 | L | | |
| 63. IL St GO Bonds | B | Interest | L | T | Buy | 06/09/14 | L | | |
| 64. Kentucky ECON Dev Bonds | A | Interest | | | Matured | 06/02/14 | K | | |
| 65. MA Dept of Trans Bonds | D | Interest | M | T | | | | | |
| 66. Metro Trans Auth NY Bonds | D | Interest | N | T | | | | | |
| 67. Metro Trans Auth NY Bonds | E | Interest | N | T | | | | | |
| 68. Metro Trans Auth NY Bonds | D | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mary, McLaughlin A. | 08/14/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. NY ST Thruway NY Bonds | E | Interest | N | T | | | | | |
| 70. Nassau CNTY NY Bonds | A | Interest | | | Matured | 10/15/14 | M | | |
| 71. NJ Econ Dev Bond | D | Interest | N | T | Buy | 04/29/14 | N | | |
| 72. NJ Econ Dev Bond | D | Interest | M | T | | | | | |
| 73. NJ St Tran Corp Bond | D | Interest | N | T | Buy | 07/25/14 | M | | |
| 74. NYC Muni Water Bond | D | Interest | M | T | | | | | |
| 75. NYC Transitional Future Tax Bond | D | Interest | M | T | | | | | |
| 76. NYC Muni Water Bond | D | Interest | N | T | | | | | |
| 77. NY NY GO Bonds | E | Interest | N | T | | | | | |
| 78. NY GO Bonds | D | Interest | N | T | | | | | |
| 79. NYC Transitional Future Tax Bonds | D | Interest | N | T | | | | | |
| 80. NYC Transitional Future Tax Bonds | E | Interest | N | T | | | | | |
| 81. NY State Dorm Bonds | D | Interest | M | T | | | | | |
| 82. NY St Dorm Bonds | E | Interest | N | T | | | | | |
| 83. NY St Dorm Bonds | E | Interest | N | T | Buy | 06/12/14 | N | | |
| 84. NY ST Environmental Bonds | D | Interest | N | T | | | | | |
| 85. NY ST Environmental Bonds | D | Interest | N | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mary, McLaughlin A. | 08/14/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. | NY ST TWY Auth Bonds | A | Interest | | | Matured | 04/01/14 | M | | |
| 87. | NY St Twy Auth | D | Interest | N | T | Buy | 12/04/14 | N | | |
| 88. | NY ST Urban Dev Corp Bonds | D | Interest | N | T | | | | | |
| 89. | NC East Muni PWR Bonds | D | Interest | M | T | | | | | |
| 90. | Ohio St Common Bonds | A | Interest | | | Sold | 03/13/14 | M | A | |
| 91. | Phila PA ARPT Rev Bonds | D | Interest | M | T | | | | | |
| 92. | Pitt PA Bonds | C | Interest | L | T | | | | | |
| 93. | Port Auth NY/NJ Bonds | D | Interest | M | T | | | | | |
| 94. | Port Auth NY/NJ Bonds | D | Interest | N | T | | | | | |
| 95. | 4 Puerto Rico Bonds | A | Interest | | | Sold | 07/16/14 | K | A | |
| 96. | Puerto Rico Bond | A | Interest | | | Sold | 07/16/14 | L | A | |
| 97. | Puerto Rico Bond | A | Interest | | | Sold | 03/04/14 | L | A | |
| 98. | Colorado Bond | C | Interest | L | T | | | | | |
| 99. | Rockland Cnty NY | D | Interest | M | T | Buy | 03/05/14 | M | | |
| 100. | Sales Tax Asset Receivable NY | D | Interest | M | T | Buy | 09/24/14 | M | | |
| 101. | San Fran CA Bond | D | Interest | M | T | | | | | |
| 102. | San Fran CA Bond | C | Interest | L | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes<br>(See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mary, McLaughlin A. | 08/14/2015 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. ▮ Sarasota FL Bond | D | Interest | M | T | | | | | |
| 104. ▮ Tobacco Bond | D | Interest | N | T | Sold (part) | 12/01/14 | N | A | |
| 105. ▮ Triborough Bridge Bond | E | Interest | N | T | | | | | |
| 106. ▮ Triborough Bridge Bond | D | Interest | M | T | | | | | |
| 107. ▮ Yonkers NY Bond | D | Interest | M | T | | | | | |
| 108. Alliance Bernstein Municipal Bond Mutual Fund | E | Int./Div. | P1 | T | | | | | |
| 109. Sanford Bernstein Muni Account Cash | A | Int./Div. | J | T | | | | | |
| 110. Aetna | A | Dividend | J | T | | | | | |
| 111. AIG | A | Dividend | K | T | | | | | |
| 112. Applied Materials | A | Dividend | J | T | | | | | |
| 113. AT&T | A | Dividend | | | Sold | 01/16/14 | J | A | |
| 114. Bank of America | A | Dividend | K | T | | | | | |
| 115. Capital One Financial | A | Dividend | K | T | | | | | |
| 116. Chubb Corp. | A | Dividend | J | T | Sold (part) | 02/27/14 | J | A | |
| 117. CIT Group | A | Dividend | | | Sold | 04/24/14 | K | C | |
| 118. Citigroup Inc. | A | Dividend | | | Sold (part) | 02/27/14 | J | A | |
| 119. Citigroup Inc. | A | Dividend | | | Sold | 10/24/14 | K | D | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mary, McLaughlin A. | 08/14/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Delta Air | A | Dividend | K | T | | | | | |
| 121. Discover Financial | A | Dividend | K | T | | | | | |
| 122. E Trade Financial | A | Dividend | | | Sold | 08/06/14 | J | B | |
| 123. Edison International | A | Dividend | J | T | | | | | |
| 124. Electronic Arts | A | Dividend | J | T | | | | | |
| 125. Everest Group | A | Dividend | | | Sold | 02/27/14 | J | B | |
| 126. Exxon Mobil | A | Dividend | | | Sold (part) | 01/23/14 | J | A | |
| 127. Exxon Mobil | A | Dividend | | | Sold | 02/19/14 | J | A | |
| 128. Fidelity National Financial | A | Dividend | | | Sold | 01/09/14 | J | B | |
| 129. Ford Motor Co | A | Dividend | J | T | | | | | |
| 130. Gamestop Corp | A | Dividend | J | T | | | | | |
| 131. Gannett Co | A | Dividend | | | Sold | 07/02/14 | J | C | |
| 132. Genworth Financial | A | Dividend | | | Sold | 07/30/14 | J | | |
| 133. Halliburton Company | A | Dividend | | | Sold | 11/06/14 | J | B | |
| 134. Harris Corp | A | Dividend | J | T | | | | | |
| 135. Health Net Inc | A | Dividend | | | Sold | 06/19/14 | J | A | |
| 136. Hewlett Packard | A | Dividend | K | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mary, McLaughlin A. | 08/14/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Huntsman Corp | A | Dividend | | | Sold | 03/04/14 | J | B | |
| 138. Illinois Tool Works | A | Dividend | | | Sold (part) | 03/14/14 | J | A | |
| 139. Illinois Tool Works | A | Dividend | | | Sold | 05/09/14 | J | A | |
| 140. Kroger Co | A | Dividend | K | T | | | | | |
| 141. Lear Corporation | A | Dividend | J | T | | | | | |
| 142. Liberty Global | A | Dividend | J | T | Sold (part) | 01/28/14 | J | A | |
| 143. Lincoln National | A | Dividend | J | T | | | | | |
| 144. Lyondellbasell Industries | A | Dividend | J | T | Sold (part) | 02/27/14 | J | A | |
| 145. Macy's Inc. | A | Dividend | | | Sold | 10/31/14 | J | C | |
| 146. Marathon Pete Corp | A | Dividend | | | Sold (part) | 02/27/14 | J | A | |
| 147. Marathon Pete Corp | A | Dividend | | | Sold (part) | 04/24/14 | J | A | |
| 148. Marathon Pete Corp | A | Dividend | | | Sold (part) | 06/04/14 | J | A | |
| 149. Marathon Pete Corp | A | Dividend | | | Sold (part) | 06/16/14 | J | A | |
| 150. Marathon Pete Corp | A | Dividend | | | Sold | 07/11/14 | J | A | |
| 151. Medtronic Inc | A | Dividend | | | Sold | 09/30/14 | K | C | |
| 152. MGM Resorts | A | Dividend | | | Sold | 01/09/14 | J | C | |
| 153. Micron Technology | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mary, McLaughlin A. | 08/14/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Occidental Pete | A | Dividend | J | T | | | | | |
| 155. Partnerre Ltd | A | Dividend | K | T | | | | | |
| 156. Pfizer | B | Dividend | K | T | | | | | |
| 157. Philip Morris | A | Dividend | | | Sold | 01/21/14 | J | A | |
| 158. Pultegroup Inc | A | Dividend | K | T | | | | | |
| 159. Regal Entertainment | A | Dividend | | | Sold | 03/11/14 | J | A | |
| 160. Rock-Tenn Co | A | Dividend | | | Sold | 04/22/14 | J | A | |
| 161. TJX Co | A | Dividend | | | Sold | 09/18/14 | J | C | |
| 162. TRW Automotive | A | Dividend | J | T | | | | | |
| 163. Tyson Foods | A | Dividend | | | Sold | 01/09/14 | J | C | |
| 164. Valero Energy | A | Dividend | K | T | | | | | |
| 165. Verizon Communications | A | Dividend | | | Sold | 04/10/14 | J | B | |
| 166. Vertex Pharm | A | Dividend | | | Sold | 06/26/14 | J | C | |
| 167. Viacom | A | Dividend | | | Sold (part) | 02/27/14 | J | A | |
| 168. Viacom | A | Dividend | | | Sold | 04/29/14 | J | A | |
| 169. Vodafone Group | A | Dividend | J | T | | | | | |
| 170. Wellpoint | A | Dividend | | | Sold | 02/27/14 | J | D | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mary, McLaughlin A. | 08/14/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Wells Fargo | A | Dividend | J | T | Sold (part) | 02/27/14 | J | C | |
| 172. Affiliated Managers Group | A | Dividend | J | T | | | | | |
| 173. Allergan Inc | A | Dividend | J | T | | | | | |
| 174. Amazon.com | A | Dividend | | | Sold (part) | 01/14/14 | J | B | |
| 175. Amazon.com | A | Dividend | | | Sold | 05/22/14 | J | A | |
| 176. Amphenol Corp | A | Dividend | J | T | | | | | |
| 177. Ansys Inc | A | Dividend | J | T | | | | | |
| 178. Apple | A | Dividend | K | T | | | | | |
| 179. Biogen | A | Dividend | J | T | Sold (part) | 02/27/14 | J | C | |
| 180. Blackrock | A | Dividend | J | T | | | | | |
| 181. Boeing | A | Dividend | J | T | | | | | |
| 182. California Resources | A | Dividend | | | Sold | 12/05/14 | J | A | |
| 183. Celgene Corp | A | Dividend | J | T | | | | | |
| 184. Chipotle Mexican Grill | A | Dividend | | | Sold | 01/23/14 | J | A | |
| 185. Cognizant Tech | A | Dividend | | | Sold (part) | 02/27/14 | J | B | |
| 186. Cognizant Tech | A | Dividend | | | Sold | 10/30/14 | J | C | |
| 187. Comcast | A | Dividend | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Copa Holdings | A | Dividend | | | Sold | 10/08/14 | J | A | |
| 189. Costco | A | Dividend | J | T | | | | | |
| 190. Danaher | A | Dividend | J | T | Sold (part) | 08/11/14 | J | A | |
| 191. Ebay | A | Dividend | | | Sold (part) | 02/27/14 | J | A | |
| 192. Ebay | A | Dividend | | | Sold | 04/09/14 | J | A | |
| 193. Estee Lauder | A | Dividend | | | Sold | 01/09/14 | J | A | |
| 194. Facebook | A | Dividend | | | Sold | 01/14/14 | J | C | |
| 195. Flowserve | A | Dividend | | | Sold | 02/12/14 | J | A | |
| 196. Genworth Financial | A | Dividend | | | Sold | 07/30/14 | J | B | |
| 197. Gilead Sciences | A | Dividend | J | T | | | | | |
| 198. Google | A | Dividend | J | T | Sold (part) | 07/23/14 | J | A | |
| 199. Harley Davidson | A | Dividend | | | Sold | 02/10/14 | J | A | |
| 200. Hershey Company | A | Dividend | | | Sold | 08/12/14 | J | B | |
| 201. Illumina Inc | A | Dividend | | | Sold (part) | 04/25/14 | J | B | |
| 202. Illumina Inc | A | Dividend | | | Sold | 06/27/14 | J | A | |
| 203. Intercontinental Exchange | A | Dividend | J | T | | | | | |
| 204. Intuitive Surgical | A | Dividend | J | T | Sold (part) | 01/14/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mary, McLaughlin A. | 08/14/2015 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 205. Green Mountain Inc | A | Dividend | J | T | | | | | |
| 206. Liberty Media Corp | A | Dividend | | | Sold (part) | 05/22/14 | J | A | |
| 207. Liberty Media Corp | A | Dividend | | | Sold | 06/18/14 | J | A | |
| 208. LinkedIn | A | Dividend | | | Sold | 02/14/14 | J | B | |
| 209. LKQ Corp | A | Dividend | | | Sold | 04/17/14 | J | A | |
| 210. McKesson Corp | A | Dividend | J | T | | | | | |
| 211. Mettler-Toledo | A | Dividend | J | T | | | | | |
| 212. Michael Kors | A | Dividend | | | Sold | 11/05/14 | J | A | |
| 213. Monsanto Co | A | Dividend | J | T | | | | | |
| 214. Noble Energy | A | Dividend | | | Sold | 02/21/14 | J | A | |
| 215. O'Reilly Automotive | A | Dividend | J | T | | | | | |
| 216. Oceaneering Int'l | A | Dividend | | | Sold | 05/22/14 | J | A | |
| 217. Philip Morris | A | Dividend | J | T | | | | | |
| 218. Polaris Industries | A | Dividend | J | T | | | | | |
| 219. Precision Castparts | A | Dividend | J | T | Sold (part) | 03/14/14 | J | A | |
| 220. Priceline.com | A | Dividend | J | T | Sold (part) | 03/14/14 | J | B | |
| 221. Qualcomm Inc | A | Dividend | | | Sold | 04/25/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mary, McLaughlin A. | 08/14/2015 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. Quintiles Trans | A | Dividend | J | T | | | | | |
| 223. Schlumberger Ltd | A | Dividend | J | T | | | | | |
| 224. Sensata Tech | A | Dividend | | | Sold (part) | 01/09/14 | J | A | |
| 225. Sensata Tech | A | Dividend | | | Sold | 06/24/14 | J | A | |
| 226. Starbucks | A | Dividend | J | T | | | | | |
| 227. Stericycle | A | Dividend | | | Sold | 02/26/14 | J | A | |
| 228. United Healthgroup | A | Dividend | J | T | | | | | |
| 229. VF Corp | A | Dividend | | | Sold | 02/28/14 | J | A | |
| 230. Visa Inc | A | Dividend | J | T | | | | | |
| 231. Walt Disney | A | Dividend | J | T | | | | | |
| 232. WW Grainger Inc | A | Dividend | | | Sold (part) | 02/27/14 | J | A | |
| 233. WW Grainger Inc | A | Dividend | | | Sold | 04/09/14 | J | A | |
| 234. Trimble Navigation | A | Dividend | | | Sold | 01/17/14 | J | A | |
| 235. Cash (Etrade) | A | Interest | J | T | Distributed (part) | 12/31/14 | O | A | |
| 236. Celgene Restricted Stock (X) | | None | P2 | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mary, McLaughlin A. | 08/14/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ McLaughlin A. Mary**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544